# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| BRANDON LEWIS | CIVIL ACTION NO. 13-2987 |
|     LA. DOC #483930 | SECTION P |
| | |
| VERSUS | JUDGE ROBERT G. JAMES |
| | |
| RICKY JONES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## RULING

*Pro se* Plaintiff Brandon Lewis, proceeding *in forma pauperis*, filed the instant civil

rights complaint pursuant to 42 U.S.C. §1983 on October 30, 2013. Plaintiff is an inmate in the

custody of Louisiana's Department of Public Safety and Corrections.  When he filed this complaint

he was incarcerated at the Tensas Parish Detention Center and complains about unsafe and unhealthy

conditions of confinement.   He sued Tensas Parish Sheriff Ricky Jones, Warden John Smith, and

Assistant Warden Fred Schoonover praying for money damages and a transfer to another facility.

On February 14, 2014, Magistrate Judge Karen L. Hayes issued a Report and

Recommendation [Doc. No. 8], recommending that Plaintiff's case be dismissed without prejudice

for failing to comply with her December 17, 2013 order to amend his complaint. *See* [Doc. No. 7].

On February 24, 2014, a copy of the Report and Recommendation sent to Plaintiff at Tensas

Parish Detention Center was returned to the Clerk of Court with a notation on the envelope:

"RETURN TO SENDER[,] REFUSED[,] UNABLE TO FORWARD." [Doc. No. 9].

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised
> of an address change may be considered cause for dismissal for
> failure to prosecute when a notice is returned to the Court for the

reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on February 24, 2014, and the 30-day period within which plaintiff was required to notify the Court of his new address has expired.  Accordingly, the Court finds that Plaintiff has failed to prosecute his case.

Therefore, for the reasons stated by Magistrate Judge in her Report and Recommendation, which is ADOPTED by the Court, and for the additional reason that Plaintiff has failed to update his address, the Court finds that dismissal of Plaintiff's Complaint is appropriate.

MONROE, LOUISIANA, this 28th day of March, 2014.


**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**

2