UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRANDON LEWIS** | **CIVIL ACTION NO. 13-2987** |
| LA. DOC #483930 | SECTION P |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICKY JONES, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and for the additional reasons stated in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA,** this 28th day of March, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE